United States District Court
Southern District of Texas
**ENTERED**
July 12, 2016
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MARIA DE LOS ANGELES FLORES, | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-16-073 |
| | § | |
| WAL-MART STORES TEXAS, L.L.C., | § | |
| Defendant. | § | |

# ORDER

On June 17, 2016, the United States Magistrate Judge filed an Amended Report and Recommendation [Doc. No. 15]. No objections have been lodged by either side and the time for doing so has expired.

Having reviewed the Amended Report and Recommendation for plain error and having found none, it is the opinion of the Court that the Report and Recommendation is hereby adopted. Therefore, the Motion to Remand filed by Maria De Los Angeles Flores [Doc. No. 7] is granted and the case is remanded to County Court at Law 1 in Cameron County, Texas.

Signed this 12th day of July, 2016.

_____
Andrew S. Hanen
United States District Judge